FILED
FEB 2 3 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALFRED L. HERNANDEZ, an individual, and DUDLEY I. KLATT, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> W. LYNN FRAZIER, an individual, et al., <br><br> Defendants. | § § § § § § § § § § § Civil Action No. SA-11-CA-0009-FB |

## ORDER GRANTING JOINT MOTION FOR EXTENSIONS OF TIME TO RESPOND

The Court, having given full consideration to the *Unopposed Motion for Extension of Time to Respond*, GRANTS the motion.

It is hereby ORDERED:

1. Plaintiffs' Response to the Inventorship Motions, Docket Nos. 166 & 167, and Motions to Dismiss, Docket Nos. 169 & 170, shall be due March 2, 2012.

2. Defendants' Response to the Motion to Compel, Docket No. Docket No. 168, shall be due March 2, 2012.

3. Plaintiffs' objections and responses to the Defendants' January 27, 2012 Discovery Requests shall be due March 2, 2012.

4. Defendants' objections and responses to Plaintiffs' February 8, 2012 Discovery Requests shall be due March 16, 2012.

5. Rebuttal expert reports shall be due March 29, 2012.

SIGNED on this February 22, 2012.

_____
UNITED STATES MAGISTRATE JUDGE